**Chester C. BARBER, Appellant**

v.

**UNITED STATES of America.**

No. 16491.

United States Court of Appeals
Eighth Circuit.

May 11, 1960.

Rehearing Denied May 23, 1960.

Chester C. Barber, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution.

**Zella SCOTT, Appellant**

v.

**James A. McBRIDE.**

No. 16399.

United States Court of Appeals
Eighth Circuit.

May 12, 1960.

Bagby, Honsinger & Beery, Kansas City, Mo., for appellant.

Sprinkle, Carter, Sprinkle & Larson, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of Court.

**Robert E. GIBSON, and Ruth Gibson, Appellants**

v.

**Mrs. Jane HUGHES.**

No. 16413.

United States Court of Appeals
Eighth Circuit.

May 12, 1960.

William K. Poindexter, Kansas City, Mo., for appellants.

Lane D. Bauer, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee and consent of appellant.